☞ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

    - v. -                           :       NOTICE OF INTENT TO
                                                FILE AN INFORMATION

PAUL HORSCROFT,                     :

           Defendant.              **07 CRIM 1131**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        November 13, 2007

                     MICHAEL J. GARCIA
                     United States Attorney

            By:  _____
                 THOMAS G. A. BROWN
                 Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    JOHN N. IANNUZZI, ESQ.
    Attorney for Defendant

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]

11/30/07  WHEEL A