Judge Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PAUL HORSCROFT,

                       Defendant.

WAIVER OF INDICTMENT

07 CR. ____ ( )

07 CRM 1131

       PAUL HORSCROFT, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1341, 1346, 1952(a)(3)(A), 1956(a)(1)(B)(i), and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                           _____
                                           PAUL HORSCROFT
                                           Defendant

                                           _____
                                           WITNESS

                                           _____
                                           JOHN IANNUZZI
                                           Attorney for Defendant

Date:    New York, New York
           December 11, 2007

0293