```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                            ORDER
         - v. -                 :

                                :   07 Cr. 1131 (VM)
PAUL HORSCROFT,
                                :
              Defendant.
                                :
- - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant PAUL HORSCROFT'S consent, his guilty plea allocution was taken before a Magistrate Judge on December 11, 2007;

WHEREAS, a transcript of the allocution was made;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: January 4, 2008
New York, New York

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-4-08